# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133726 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JERMAINE DUWAN HUNTER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133726
COA: 276523
Wayne CC: 94-008988-01

On order of the Court, the application for leave to appeal the April 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

s0723